# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                Plaintiff, )    Case No. 2:13-cr-00231-JCM-CWH
)
vs. )    **ORDER**
)
ALDO CHAPA-NOVOA, )
                Defendant. )

       This matter is before the Court on the Government's Ex Parte Motion to Quash (#16), filed June 20, 2013. The Government requests that the Court quash the arrest warrant issued for Defendant Chapa-Novoa because it was requested in error. The Government indicates it will request the issuance of a summons. Chapa-Novoa has already made his initial appearance in this matter on a criminal complaint, (*see* Mins. of Proceedings (#11)), at which time he was appointed counsel and released on bond with conditions. He has subsequently been indicted by the Grand Jury. *See* (#19). The Grand Jury Return Minutes of Proceedings indicate that a warrant will issue with the Indictment. However, based on the record and the Government's request, the Court will grant the request and quash the arrest warrant. Accordingly,

       **IT IS HEREBY ORDERED** that the 's Ex Parte Motion to Quash (#16) is **granted**. The arrest warrant issued in conjunction with the Indictment (*see* Mins. of Proceedings, June 19, 2013) is **quashed**.

       **IT IS FURTHER ORDERED** that Government counsel shall provide a copy of this order to the United States Marshal's office immediately upon receipt. Government counsel shall also provide a copy of this order to counsel for Defendant Chapa-Novoa.

       **IT IS FURTHER ORDERED** that the Clerk shall forward a copy of this order to the United States Marshal's office. The Clerk shall also ensure Defendant's counsel is provided

electronic notification of and has electronic access to the Government's Ex Parte Motion (#16) and this Order.

DATED: June 21, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**